

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Rochelle Schelling, Appellant

No. 06-14-00173-CR          v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 43049-B). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to designate Section 31.03(e)(4)(D) of the Texas Penal Code as the correct statute of offense. As modified, the judgment of the trial court is affirmed.

We further order that the appellant, Rochelle Schelling, pay all costs of this appeal.

.

RENDERED MARCH 17, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk